IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK ANTHONY FOUNTAIN,** **PLAINTIFF**
**# K8577**

v. CAUSE NO. 1:17CV125-LG-RHW

**MISSISSIPPI STATE, JACKSON**
**COUNTY, and JUDGE HORCKE** **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 8th day of August, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE